IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RUDOLPH R. MOORE,                           Case No. 3:11-cv-766-MA

           Petitioner,                                              ORDER

   v.

JEFFREY THOMAS, Warden, FCI Sheridan,

           Respondent.

MARSH, Judge

    On June 21, 2011, petitioner Rudolph R. Moore filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner sought expedited consideration of the petition. On July 29, 2011, respondent filed a response. On August 22, 2011, petitioner filed a Motion for Voluntary Dismissal of Petition, seeking dismissal of this proceeding without prejudice. (#21.) In the supporting memorandum, petitioner advises the court that he no longer wishes to litigate the petition, and that respondent has no objection to the voluntary dismissal. (#22.) I have considered petitioner's

1 - ORDER

submissions and the record of this case, and find dismissal is appropriate. Fed.R.Civ.Pro. 41(a)(2).

Accordingly, petitioner's Motion for Voluntary Dismissal of Petition (#21) is GRANTED and this proceeding is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this __24 day of AUGUST, 2011.

>           _/s/ Malcolm F. Marsh_____
>           Malcolm F. Marsh
>           United States District Judge

2 - ORDER